PD-1173-15

PD-1173-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/9/2015 4:28:36 PM
Accepted 9/14/2015 12:12:23 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| MICKEY LEE BATES, | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Mickey Lee Bates, Appellant in the above styled and numbered cause, and moves for an extension of time of 60 days to file a petition for discretionary review, and for good cause shows the following:

1.     On August 11, 2015, the Court of Appeals overruled appellant's Motion for Rehearing, and affirmed appellant's conviction.  Mickey Lee Bates v. State, 06-14-00096-CR.  This petition is therefore due on September 10, 2015.

2.     Counsel has been unable to complete the petition for the following reasons: In the last 30 days the undersigned attorney has had hearings and other scheduled business as set forth below:

August 13, 2015, a scheduled mediation in Greenville, Texas (subsequently rescheduled;

August 14, 2015, Hearing in Child Protective Services case styled IIO of Green Children;

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

August 17, 2015, temporary order hearing in a case styled In the Interest of J.E.S., a Child;

August 21, 2015, Family business in Lewisville, Texas, taking family member to doctor.

August 25, 2015, Child Protective Services (CPS) docket in 6th District Court, Lamar County, Texas

August 26, 2015, C PS Family Group Conference

August 27, 2015, Hearing on Motion to Modify, styled IIO H.K.Y., a Child, in the 62nd District Court of Lamar County, Texas

August 31, 2015, final hearing in case styled In the Matter of the Marriage of Karen Raney and Johnny Raney, in the County Court at Law of Lamar County, Texas;

September 1, 2015, jury duty in the County Court of Lamar County, Texas;

In addition the undersigned has been recently retained to represent another client in a case styled Gerald Mac Lowrey v. State, PD-1053-15 in this case. The application is due on or before October 12, 2015.

3.    Defendant is currently incarcerated.

WHEREFORE, PREM ISES CONSIDERED, appellant respectfully requests an extension of 60 days, i.e. until November 9, 2015, to file a petition for discretionary review.

Respectfully submitted,

Gary L. Waite
104 Lamar Ave.
Paris, Texas 75460
(903) 785-0096
(903) 785-0097

By:/s/ Gary L. Waite
    Gary L. Waite
    State Bar No. 20667500
    garywaite@sbcglobal.net
    Attorney for Mickey Lee Bates, 01925935

## CERTIFICATE OF SERVICE

This is to certify that on September 9, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Lamar County, 119 N. Main, Paris, Texas 75460, by personal delivery.

/s/ Gary L. Waite
Gary L. Waite